**In re The SUBSTITUTE NOMINATION CERTIFICATE OF Bob BARR as the Libertarian Candidate for President the United States.**

### Appeal of Objection of Victor P. Stabile.

Supreme Court of Pennsylvania.

Oct. 17, 2008.

## ORDER

PER CURIAM.

AND NOW, this 17th day of October, 2008, the Order of the Commonwealth Court is **AFFIRMED.**